UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

THE GIVING BACK FUND, INC.
     Plaintiff

CIVIL ACTION NO. 02-CV-104446 RWZ

v.

MARK STEVERSON, RUDOLF & BEER,
LLP., LAURENCE H. RUDOLPH and
CORINA BIGGAR
     Defendants

## ASSENTED TO MOTION TO ENLARGE TIME TO RESPOND TO COMPLAINT

Defendants Mark Steverson, Rudolph & Beers, LLP, Laurence H. Rudolph and

Corina Biggar, by their attorneys, Peabody & Arnold LLP, hereby move this Honorable

Court to extend, until April 2, 2002, the time within which Defendants must answer or

otherwise move with respect to the Complaint.

As grounds for this motion, the Defendants state that their undersigned counsel

have just recently been retained and need additional time to review the matters in dispute

between the parties. This is the Defendants' first motion to extend the deadline for

responding to the Complaint. The Defendants are also submitting herewith a Proposed

Order.

*Allowed by the
Court USDC
3/19/02*

The plaintiff has assented to this motion.

Assented to,

FOR PLAINTIFF THE GIVING BACK
FUND, INC.

By its Attorney,

*David Rosenthal (pom*

David S. Rosenthal, BBO #429260
Sara T. Connolly, BBO #637751
Hutchins, Wheeler & Dittmar
101 Federal Street
Boston, MA 02110
617-951-6600

MARK STEVERSON. RUDOLPH & BEER,
LLP, LAURENCE H. RUDOLF and
CORINA BIGAR,

By their Attorneys,

Michael P. Duffy, BBO #137325
Paul T. Muniz, BBO #564786
Peabody & Arnold LLP
50 Rowes Wharf
Boston, MA 02110
(617) 951-2100

Dated: 3|15|02

I, Paul T. Muniz, hereby certify that I served the a true and accurate copy of the foregoing motion, by forwarding a copy, postage prepaid, to the following:

David S. Rosenthal
Sara T. Connolly
Hutchins, Wheeler & Dittmar
101 Federal Street
Boston, MA 02110
617-951-6600

Date: 3|15|02

UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| THE GIVING BACK FUND, INC.<br>Plaintiff<br><br>v.<br><br>MARK STEVERSON, RUDOLF & BEER,<br>LLP., LAURENCE H. RUDOLPH and<br>CORINA BIGGAR<br>Defendants | CIVIL ACTION NO. 02-CV-104446 RWZ |

## (PROPOSED) ORDER

After receiving Defendants Mark Steverson, Rudolph & Beers, LLP, Laurence H.

Rudolph and Corina Biggar Assented to Motion to Enlarge Time to Respond to

Complaint, it is hereby ORDERED that:

1.      The Defendants' Assented to Motion to Enlarge Time to Respond to

Complaint is granted; and

2.      The deadline for Defendants Mark Steverson, Rudolph & Beers, LLP,

Laurence H. Rudolph and Corina Biggar to answer or otherwise move with respect to the

Complaint is hereby extended to April 2, 2002.

SO ORDERED

_____J.

Date Ordered: _____