UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| THE GIVING BACK FUND, INC.<br>Plaintiff<br><br>v.<br><br>MARK STEVERSON, RUDOLPH & BEER,<br>LLP., LAURENCE H. RUDOLPH and<br>CORINA BIGGAR<br>Defendants | CIVIL ACTION NO. 02-CV-104446 RWZ |

### DEFENDANTS, MARK STEVERSON, RUDOLPH & BEER, LLP, LAURENCE H. RUDOLPH AND CORINA BIGGAR'S, MOTION TO DISMISS

Pursuant to the applicable Federal Rules of Civil Procedure and the Court's inherent power to regulate matters before it, the Defendants Mark Steverson, Rudolph & Beer, LLP, Laurence H. Rudolph and Corina Biggar, by their attorneys, Peabody & Arnold LLP, hereby move, to dismiss this present action against them. The Defendants seek dismissal of the Complaint on the following grounds:

1. The Court lacks personal jurisdiction over the Defendants; and

2. The Plaintiff fails to state a claim against the Defendants upon which relief can be granted.



In support of this Motion, the Defendants rely on their Memorandum and Affidavits of Corrina Biggar, Mark Steverson, Laurence H. Rudolph and Paul T. Muniz filed herewith.

### REQUEST FOR ORAL ARGUMENT

The Defendants request oral argument on this motion.

Respectfully submitted:

MARK STEVERSON. RUDOLPH & BEER, LLP,
LAURENCE H. RUDOLPH and
CORINA BIGGAR,

By their Attorneys,

Michael P. Duffy, BBO #137325
Paul T. Muniz, BBO #564786
Peabody & Arnold LLP
50 Rowes Wharf
Boston, MA  02110
(617) 951-2100

Dated: April 5, 2002

### LR. 7.1(A)(2) CERTIFICATION

I certify that counsel have conferred in a good faith effort to resolve or narrow the issues.

Paul T. Muniz

### CERTIFICATE OF SERVICE

I hereby certify that I mailed a true and accurate copy of the within to David S. Rosenthal, Hutchins, Wheeler & Dittmar, 101 Federal Street, Boston, Massachusetts  02110, attorney of record for the plaintiff.

Dated:  April 5, 2002

Paul T. Muniz

PABOS2:PMUNIZ:521151_1
14400-88632