UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| THE GIVING BACK FUND, INC.<br>Plaintiff<br><br>v.<br><br>MARK STEVERSON, RUDOLPH & BEER,<br>LLP., LAURENCE H. RUDOLPH and<br>CORINA BIGGAR<br>Defendants | CIVIL ACTION NO. 02-CV-104446 RWZ |

### ASSENTED TO MOTION TO ADMIT COUNSEL PRO HAC VICE

Pursuant to Local Rule 83.5.3(b), the Defendants Mark Steverson, Rudolph & Beer, LLP, Laurence H. Rudolph and Corina Biggar, by their attorneys, Peabody & Arnold LLP, hereby move, for the admission pro hac vice of Barry J. Brett and Michael D. Friedman, both of the law firm of Jenkens & Gilchrist Parker Chapin, LLP ("Jenkins Gilchrist"), as co-counsel for the Defendants in this matter.

Jenkins Gilchrist has acted as counsel to the Defendants for a number of years and Attorneys Brett and Friedman have represented them on numerous other matters. The Defendants have expressed a desire to have these attorneys from Jenkins Gilchrist represent them in defense of the claims brought against them. They are very familiar with all of the issues raised in this litigation.

The Declarations of Mr. Brett and Mr. Friedman have been filed herewith, along with their Notices of Appearance for the Defendants.

Allowed by the
Court USDC
4/8/02  J. Zobel

DOCKETED



Counsel for the Defendants has assented to this motion.

                        Respectfully submitted:

                        MARK STEVERSON. RUDOLPH & BEER, LLP,
                        LAURENCE H. RUDOLPH and
                        CORINA BIGAR,

                        By their Attorneys,

                        _____
                        Michael P. Duffy, BBO #137325
                        Paul T. Muniz, BBO #564786
                        Peabody & Arnold LLP
                        50 Rowes Wharf
                        Boston, MA  02110
                        (617) 951-2100

## CERTIFICATE OF SERVICE

I hereby certify that I mailed a true and accurate copy of the within to David S. Rosenthal, Hutchins, Wheeler & Dittmar, 101 Federal Street, Boston, Massachusetts  02110, attorney of record for the plaintiff.

April 5, 2002                                   _____

PABOS2:PMUNIZ:518706_1

UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| THE GIVING BACK FUND, INC.<br>Plaintiff<br><br>v.<br><br>MARK STEVERSON, RUDOLF & BEER,<br>LLP., LAURENCE H. RUDOLPH and<br>CORINA BIGGAR<br>Defendants | CIVIL ACTION NO. 02-CV-104446-RWZ |

### DECLARATION OF BARRY J. BRETT IN SUPPORT
### OF UNOPPOSED MOTION TO ADMIT COUNSEL PRO HAC VICE

Now comes Barry J. Brett, and declares as follows:

1. I am a partner in the law firm of Jenkens & Gilchrist Parker Chapin, LLP. My office is located at The Chrysler Building, 405 Lexington Avenue, New York, New York. My telephone number is (212) 704-6000.

2. I have been a member of the New York bar since 1965. I am also admitted to practice in Federal District Courts for the Southern and Eastern Districts of New York, as well as the Court of Appeals for the Second, Third and Sixth Circuits.

3. I am a member of the bar in good standing in every jurisdiction where I have been admitted to practice, and there are no disciplinary proceedings pending against me as a member of the bar in any jurisdiction.

4. I am familiar with the local rules of the United States District Court for the District of Massachusetts, and will be working with local counsel located in Boston.

Signed under the penalties of perjury this 3rd day of April, 2002.

_____
Barry J. Brett

UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| THE GIVING BACK FUND, INC.<br><br>        Plaintiff<br><br>v.<br><br>MARK STEVERSON, RUDOLF & BEER, LLP., LAURENCE H. RUDOLPH and CORINA BIGGAR<br><br>        Defendants | CIVIL ACTION NO. 02-CV-104446 RWZ |

DECLARATION OF MICHAEL D. FRIEDMAN IN SUPPORT
OF UNOPPOSED MOTION TO ADMIT COUNSEL PRO HAC VICE

Now comes Michael D. Friedman, and declares as follows:

1. I am a partner in the law firm of Jenkens & Gilchrist Parker Chapin, LLP. My office is located at The Chrysler Building, 405 Lexington Avenue, New York, New York. My telephone number is (212) 704-6000.

2. I have been a member of the New York bar since 1980. I am also admitted to practice in the Federal District Courts for the Southern and Eastern Districts of New York.

3. I am a member of the bar in good standing in every jurisdiction where I have been admitted to practice, and there are no disciplinary proceedings pending against me as a member of the bar in any jurisdiction.

4. I am familiar with the local rules of the United States District Court for the District of Massachusetts, and will be working with local counsel located in Boston.

Signed under the penalties of perjury this 3rd day of April, 2002.

                                                       Michael D. Friedman

UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| THE GIVING BACK FUND, INC.<br>Plaintiff<br><br>v.<br><br>MARK STEVERSON, RUDOLF & BEER, LLP., LAURENCE H. RUDOLPH and CORINA BIGGAR<br>Defendants | CIVIL ACTION NO. 02-CV-104446 RWZ |

NOTICE OF APPEARANCE

Please enter our appearance as counsel for the Defendants Mark Steverson, Rudolph & Beers, LLP, Laurence H. Rudolph and Corina Biggar, in the above-captioned matter.

*[signature]*
Barry J. Brett, *Pro Hac Vice*
Michael D. Friedman, *Pro Hac Vice*
JENKENS & GILCHRIST PARKER CHAPIN, LLP
The Chrysler Building
405 Lexington Avenue
New York, NY 10174
(212) 704-6000

DATED: April 5, 2002

CERTIFICATE OF SERVICE

I hereby certify that on the 5th day of April, 2002 I served a copy of the foregoing by hand the above Notice of Appearance to all counsel of record:

*[signature]*
Paul T. Muniz

PABOS2:PMUNIZ:520896_1
14400-88632



**PEABODY & ARNOLD** LLP
COUNSELLORS AT LAW

50 ROWES WHARF, BOSTON, MA 02110-3342
[617] 951.2100   FAX [617] 951.2125

BOSTON, MA    PROVIDENCE, RI    PORTLAND, ME

PAUL T. MUNIZ
[617] 951.2032
pmuniz@peabodyarnold.com

April 5, 2002

**BY HAND**

Clerk
United States District Court
District of Massachusetts
John Joseph Moakley U.S. Courthouse
One Courthouse Way
Boston, MA  02110

    Re:    The Giving Back Fund, Inc. v. Steverson, et als.
              U.S.D.C. Massachusetts C.A. No. 02-CV104446 RWZ

Dear Sir or Madam:

I enclose for filing in the above-referenced matter the following:

1.    Assented to Motion to Admit Counsel Pro Hac Vice;

2.    Declaration of Barry J. Brett in Support of Unopposed Motion to Admit Counsel Pro Hac Vice;

3.    Declaration of Michael D. Friedman in Support of Unopposed Motion to Admit Counsel Pro Hac Vice; and

4.    Notice of Appearance.

                                                        Sincerely,

                                                        Paul T. Muniz

PTM/lj
Enclosures