UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

THE GIVING BACK FUND, INC.
      Plaintiff

v.

MARK STEVERSON, RUDOLPH & BEER,
LLP, LAURENCE H. RUDOLPH and
CORINA BIGGAR
      Defendants

CIVIL ACTION NO. 02-CV-10446-RWZ

### AFFIDAVIT OF PAUL T. MUNIZ

I, Paul T. Muniz, do hereby depose and state as follows:

1.    I am currently associated with the law firm of Peabody & Arnold LLP, and represent, along with Jenkins & Gilchrist Parker Chapin LLP, defendants Mark Steverson, Rudolph & Beer, LLP, Laurence H. Rudolph and Corina Biggar in this action. I submit this affidavit to place before this Court true and accurate copies of certain documents.

2.    Attached hereto as Exhibit 1 is a true and accurate copy of a letter dated February 19, 2002, that was served with the Complaint.

3.    Attached hereto as Exhibit 2 is a true and accurate copy of a document entitled 'Donor Agreement'.

SIGNED UNDER THE PENALTIES OF PERJURY THIS 5th DAY OF APRIL, 2002.

Paul T. Muniz


