# UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MASSACHUSETTS

THE GIVING BACK FUND, INC.,

    **Plaintiff,**

v.

MARK STEVERSON, RUDOLPH & BEER, LLP, LAURENCE H. RUDOLPH and CORINA BIGGAR,

    **Defendants.**

CIVIL ACTION NO. 02-104446-RWZ

## STIPULATION AND ORDER FOR EXTENSION OF TIME

IT IS HEREBY STIPULATED by the parties hereto, subject to the approval of the Court, that the time for plaintiff The Giving Back Fund, Inc. ("GBF") to file and serve its opposition to defendants' motion to dismiss, served on GBF on April 5, 2002, is extended to and including May 3, 2002.

No similar extension has previously been requested or obtained.

| THE GIVING BACK FUND, INC. | MARK STEVERSON, RUDOLPH & BEER, LLP, LAURENCE H. RUDOLPH and CORINA BIGGAR |
|---|---|
| By its attorneys, | By their attorneys, |

*David S. Rosenthal* (BBO #429260)
Sarah T. Connolly (BBO #637751)
Gregg A. Rubenstein (BBO #639680)
Hutchins, Wheeler & Dittmar
101 Federal Street
Boston, MA 02110
(617) 951-6600

*Michael P. Duffy* (BBO #137325)
Paul T. Muniz (BBO #564786)
Peabody & Arnold LLP
50 Rowes Wharf
Boston, MA 02110
(617) 951-2100

Dated: April 15, 2002

I hereby certify that a true copy of the above document was served upon the attorney of record for each other party by mail/hand on 4/15/02.

SO ORDERED this ____ day of April, 2002

_____
RYA W. ZOBEL
UNITED STATES DISTRICT JUDGE