UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| THE GIVING BACK FUND, INC.<br>Plaintiff<br><br>v.<br><br>MARK STEVERSON, RUDOLF & BEER,<br>LLP., LAURENCE H. RUDOLPH and<br>CORINA BIGGAR<br>Defendants | CIVIL ACTION NO. 02-CV-104446 RWZ |

## ASSENTED TO MOTION TO ENLARGE TIME TO RESPOND TO COMPLAINT

Defendants Mark Steverson, Rudolph & Beers, LLP, Laurence H. Rudolph and Corina Biggar, by their attorneys, Peabody & Arnold LLP and Jenkens & Gilchrist Parker Chapin LLP, hereby move this Honorable Court to extend, from July 29, 2002 until August 5, 2002, the time within which Defendants must answer the Complaint.

The Defendants are also submitting herewith a Proposed Order.

The Plaintiff has assented to this motion.

Allowed by the
Court USDC
7/29/02



DOCKETED

27

| Assented to, | Respectfully submitted, |
|---|---|
| FOR PLAINTIFF THE GIVING BACK FUND, INC. | MARK STEVERSON. RUDOLPH & BEER, LLP, LAURENCE H. RUDOLPH and CORINA BIGGAR, |
| By its Attorney, | By their Attorneys, |

*Gregg A. Rubenstein /pth*
David S. Rosenthal, BBO #429260
Gregg A. Rubenstein, BBO #639680
Hutchins, Wheeler & Dittmar
101 Federal Street
Boston, MA 02110
617-951-6600

*Paul Muniz*
Michael P. Duffy, BBO #137325
Paul T. Muniz, BBO #564786
Peabody & Arnold LLP
50 Rowes Wharf
Boston, MA 02110
(617) 951-2100

*Barry J. Brett /ptm*
Barry J. Brett, *Pro Hac Vice*
Michael D. Friedman, *Pro Hac Vice*
Jenkens & Gilchrist Parker Chapin LLP
405 Lexington Avenue
New York, NY 10174
(212) 704-6000

Dated: 7/26/02

    I, Paul T. Muniz, hereby certify that I served the a true and accurate copy of the foregoing motion, by forwarding a copy, postage prepaid, to the following:

David S. Rosenthal
Gregg A. Rubenstein
Hutchins, Wheeler & Dittmar
101 Federal Street
Boston, MA 02110
617-951-6600

Date: 7/26/02      *Paul Muniz*

UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| THE GIVING BACK FUND, INC.<br>Plaintiff<br><br>v.<br><br>MARK STEVERSON, RUDOLF & BEER,<br>LLP., LAURENCE H. RUDOLPH and<br>CORINA BIGGAR<br>Defendants | CIVIL ACTION NO. 02-CV-104446 RWZ |

## (PROPOSED) ORDER

After receiving Defendants Mark Steverson, Rudolph & Beers, LLP, Laurence H. Rudolph and Corina Biggar's Assented to Motion to Enlarge Time to Respond to Complaint, it is hereby ORDERED that:

1. The Defendants' Assented to Motion to Enlarge Time to Respond to Complaint is granted; and

2. The deadline for Defendants Mark Steverson, Rudolph & Beers, LLP, Laurence H. Rudolph and Corina Biggar to answer the Complaint is hereby extended to August 5, 2002.

SO ORDERED

_____J.

Date Ordered: