# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

CASE NO. 02-10446

PLAINTIFF: Giving Back Fund / David Rosenthal / Corey Rubenstein (by phone)

DEFENDANT: Mark Stevenson et al / Michael Duffy / Michael Friedman (by phone)

JUDGE: Zobel   CLERK: Urso   REPORTER: ___

## CLERK'S NOTES

| DATES: | |
|---|---|
| 11/19 | 16.1 / Status Conference held; Judge spoke to Counsel & Clerk shall enter a 30 Day Order of Dismissal; |

(33)