b

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS


THE GIVING BACK FUND
    Plaintiff

V.

                                   CIVIL ACTION: 02-10446-RWZ

MARK STEVERSON ET AL
    Defendant


ORDER OF DISMISSAL

ZOBEL, D.J.                                                NOVEMBER 19, 2002


    The Court having been advised by counsel for the parties that the above action has been settled, it is ORDERED that this action is hereby dismissed without costs and without prejudice to the right, upon good cause shown within 30 days, to reopen the action if settlement is not consummated.

                                                           By the Court,

                                                           Deputy Clerk

30day.ord